# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv443

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>PEOPLE UNLIMITED CONSULTING, INC.<br>401(k) RETIREMENT PLAN, a benefit plan,<br>PEOPLE UNLIMITED CONSULTING, INC.,<br>JANICE LOVE, an individual, and<br>LINDA MARLER, an individual.<br><br>　　　　　Defendants. | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Default Judgment [Doc. 13].

The Plaintiff brought this action on September 25, 2008 pursuant to Sections 502(a)(2) and 502(a)(5), 29 U.S.C. §§1132(a)(2) & (a)(5) of the Employee Retirement Income Security Act (ERISA) of 1974, as amended, 29 U.S.C. §§1001, *et. seq.* [Doc. 1]. The Defendants were thereafter served pursuant to Federal Rule of Civil Procedure 4 and, having failed to

appear, the Clerk of Court entered default on June 19, 2009. [Doc. 12]. The Plaintiff has now moved for entry of default judgment and the Court finds, for the reasons stated in the motion, that judgment should be entered.

## JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's Motion for Default Judgment [Doc. 13] is hereby **GRANTED**;

2. People Unlimited Consulting, Inc., Janice Love and Linda Marler are hereby **ENJOINED** from violating the provisions of Title I of ERISA; and

3. People Unlimited Consulting, Inc., Janice Love and Linda Marler are hereby permanently **ENJOINED** from acting as fiduciaries, trustees, agents or representatives in any capacity to any employee benefit plan, as defined by ERISA.

Lacy H. Thornburg
United States District Judge

Signed: July 22, 2009